## ATTACHMENT B

## CERTIFICATE OF CORPORATE RESOLUTIONS
## FOR VELOXIS PHARMACEUTICALS, INC.

WHEREAS, Veloxis Pharmaceuticals, Inc. (the "Company") has been engaged in discussions with the United States Attorney's Office for the District of Massachusetts (the "Office") regarding an ongoing investigation concerning violations of the Federal Anti-Kickback Statute, Title 42, United States Code, Section 1320a-7b; and

WHEREAS, in order to resolve such discussions, it is proposed that the Company enter into a certain agreement with the Office; and

WHEREAS, the Chief Executive Officer, Stacy G. Wheeler, together with outside counsel for the Company, have advised the Board of Directors of the Company of its rights, possible defenses, the Sentencing Guidelines' provisions, and the consequences of entering into such agreement with the Office;

Therefore, the Board of Directors has RESOLVED that:

1.      The Company: (a) acknowledges the filing of an Information charging the Company with conspiracy to commit violations of the Federal Anti-Kickback Statute, contrary to Title 42, United States Code, Section 1320a-7b, in violation of Title 18, United States Code, Section 371; (b) waives indictment on such charges and enters into a deferred prosecution agreement with the Office (the "Agreement"); and (c) agrees to accept a monetary penalty against the Company in the amount of $10,044,364, and to pay such penalty to the Crime Victims Fund pursuant to 34 U.S.C. § 20101(b)(6)(A) with respect to the conduct described in the Information;

2.      The Company accepts the terms and conditions of the Agreement, including, but not limited to: (a) a knowing waiver of its rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, Title 18, United States Code, Section 3161, and Federal Rule of

Criminal Procedure 48(b); (b) a knowing waiver for purposes of the Agreement and any charges by the United States arising out of the conduct described in the attached Statement of Facts of any objection with respect to venue and consent to the filing of the Information, as provided under the terms of the Agreement, in the United States District Court for the District of Massachusetts; and (c) a knowing waiver of any defenses based on the statute of limitations for any prosecution relating to the conduct described in the attached Statement of Facts or relating to conduct known to the Office prior to the date on which the Agreement was signed that is not time-barred by the applicable statute of limitations on the date of the signing of the Agreement;

3.      The Chief Executive Officer is hereby authorized, empowered, and directed, on behalf of the Company, to execute the Agreement substantially in such form as reviewed by this Board of Directors at this meeting with such changes as the Chief Executive Officer may approve;

4.      The Chief Executive Officer is hereby authorized, empowered, and directed to take any and all actions as may be necessary or appropriate and to approve the forms, terms, or provisions of any agreement or other documents as may be necessary or appropriate, to carry out and effectuate the purpose and intent of the foregoing resolutions; and to delegate in writing to one or more officers or employees of the Company the authority to approve the forms, terms, and provisions of, and to execute, any such agreements or documents; and

//

//

//

//

//

B-2

5.      All of the actions of the Chief Executive Officer, which actions would have been authorized by the foregoing resolutions except that such actions were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved, and adopted as actions on behalf of the Company.

Date: _5 AUG 2026_

By: _____
Stacy G. Wheeler
Chief Executive Officer
Veloxis Pharmaceuticals, Inc.

B-3