## ATTACHMENT C

## CORPORATE COMPLIANCE PROGRAM

In order to address any deficiencies in its internal controls, compliance code, policies, and procedures regarding compliance with the Federal Anti-Kickback Statute, Title 42, United States Code, Section 1320a-7b (the "Anti-Kickback Statute"), Veloxis Pharmaceuticals, Inc. (the "Company"), on behalf of itself and its subsidiaries, agrees to continue to conduct, in a manner consistent with all of its obligations under this Agreement, appropriate reviews of its existing internal controls, compliance code, policies, and procedures.

Where necessary and appropriate, the Company agrees to adopt a new or to modify its existing compliance program, including internal controls, compliance code, policies, and procedures, to ensure that it maintains an effective compliance program that is designed, implemented, and enforced to effectively deter and detect violations of the Anti-Kickback Statute. At a minimum, this should include, but not be limited to, the following elements to the extent they are not already part of the Company's existing internal controls, compliance code, policies, and procedures:

### *Commitment to Compliance*

1. The Company will ensure that its directors and senior management provide strong, explicit, and visible support and commitment to its corporate policy against violations of the Anti-Kickback Statute and the Company's compliance code and demonstrate rigorous adherence by example. The Company will also ensure that all managers, in turn, reinforce those standards and encourage employees to abide by them. The Company will create and foster a culture of ethics and compliance with the law in its day-to-day operations at all levels of the Company.

### *Policies and Procedures*

2.      The Company will develop and promulgate a clearly articulated and visible corporate policy requiring adherence to the Anti-Kickback Statute, which policy shall be memorialized in a written compliance code or codes.

3.      The Company will take appropriate measures to encourage and support the observance of ethics and compliance policies and procedures by personnel at all levels of the Company. These policies and procedures shall apply to all directors, officers, and employees and, where necessary and appropriate, outside parties acting on behalf of the Company, including, but not limited to, agents and intermediaries, consultants, representatives, distributors, teaming partners, contractors and suppliers, consortia, and joint venture partners. The Company shall notify all employees that compliance with the policies and procedures is the duty of individuals at all levels of the Company.

### *Periodic Risk-Based Review*

4.      The Company shall review its compliance policies and procedures regarding the Anti-Kickback Statute no less than annually and update them as appropriate to ensure their continued effectiveness, taking into account relevant developments in the field, evolving industry standards, and the risk profile of the Company.

### *Proper Oversight and Independence*

5.      The Company will assign responsibility to one or more senior corporate executives of the Company for the implementation and oversight of the Company's compliance code, policies, and procedures regarding the Anti-Kickback Statute. Such corporate official(s) shall have the authority to report directly to independent monitoring bodies, including the Company's Board of

Directors, and shall have an adequate level of stature and autonomy from management as well as sufficient resources and authority to maintain such autonomy.

### *Training and Guidance*

6.      The Company will implement mechanisms designed to ensure that its compliance code, policies, and procedures regarding the Anti-Kickback Statute are effectively communicated to all directors, officers, and employees. These mechanisms shall include: (a) periodic training for all directors and officers, and all employees in positions of leadership or trust or in positions that require such training; and (b) corresponding certifications by all such directors, officers, and employees certifying compliance with the training requirements. The Company will conduct training in a manner tailored to the audience's size, sophistication, or subject matter expertise and, where appropriate, will discuss prior compliance incidents.

7.      The Company will maintain, or where necessary establish, an effective system for providing guidance and advice to directors, officers, and employees on complying with the Company's compliance code, policies, and procedures regarding the Anti-Kickback Statute.

### *Internal Reporting and Investigation*

8.      The Company will maintain, or where necessary establish, an effective system for internal and, where possible, confidential reporting by, and protection of, directors, officers, and employees concerning violations of the Anti-Kickback Statute or the Company's compliance code, policies, and procedures regarding the Anti-Kickback Statute.

9.      The Company will maintain, or where necessary establish, an effective and reliable process with sufficient resources for responding to, investigating, and documenting allegations of violations of the Anti-Kickback Statute or the Company's compliance code, policies, and procedures regarding the Anti-Kickback Statute. The Company will handle the investigations of

such complaints in an effective manner, including routing the complaints to proper personnel, conducting timely and thorough investigations, and following up with appropriate discipline where necessary.

### *Enforcement and Discipline*

10.     The Company will implement mechanisms designed to effectively enforce its compliance code, policies, and procedures, including appropriately incentivizing compliance and disciplining violations. At a minimum, these mechanisms will include policies that incorporate adherence to compliance as one portion of employee and officer evaluations, that impose financial penalties for compliance-related misconduct, and that provide affirmative incentives for compliance-promoting behavior.

11.     The Company will institute appropriate disciplinary procedures to address, among other things, violations of the Anti-Kickback Statute and the Company's compliance code, policies, and procedures regarding the Anti-Kickback Statute by the Company's directors, officers, and employees. Such procedures should be applied consistently, fairly, and in a manner commensurate with the violation, regardless of the position held by, or perceived importance of, the director, officer, or employee. The Company shall implement procedures to ensure that where misconduct is discovered, reasonable steps are taken to remedy the harm resulting from such misconduct, and to ensure that appropriate steps are taken to prevent further similar misconduct, including assessing the internal controls, compliance code, policies, and procedures and making modifications necessary to ensure the overall compliance program is effective.

### *Monitoring, Testing, and Remediation*

12.     In order to ensure that its compliance program does not become stale, the Company will conduct periodic reviews and testing of its compliance code, policies, and procedures

C-5

regarding the Anti-Kickback Statute designed to evaluate and improve their effectiveness in preventing and detecting violations of the Anti-Kickback Statute and the Company's compliance code, policies, and procedures regarding the Anti-Kickback Statute, taking into account relevant developments in the field, evolving industry standards, and the risk profile of the Company. The Company will ensure that compliance and control personnel have sufficient direct or indirect access to relevant sources of data to allow for timely and effective monitoring and/or testing. Based on such review and testing and its analysis of any prior misconduct, the Company will conduct a thoughtful root cause analysis and timely and appropriately remediate to address the root causes.