**ATTACHMENT D**

**DISCLOSURE CERTIFICATION**

To:     Chief, Health Care Fraud Unit
        United States Attorney's Office for the District of Massachusetts
        John Joseph Moakley United States Federal Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210

Re:     Veloxis Pharmaceuticals, Inc. Deferred Prosecution Agreement Disclosure Certification

The undersigned certify, pursuant to Paragraph 9 of the deferred prosecution agreement (the "Agreement") filed on August 10, 2026 in the United States District Court for the District of Massachusetts, by and between the United States Attorney's Office for the District of Massachusetts (the "Office") and Veloxis Pharmaceuticals, Inc., (the "Company"), that undersigned are aware of the Company's disclosure obligations under Paragraph 9 of the Agreement, and that the Company has disclosed to the Office any and all evidence or allegations of conduct as required by Paragraph 9 of the Agreement, which includes evidence or allegations of any violation of the Federal Anti-Kickback Statute, Title 42, United States Code, Section 1320a-7b ("Disclosable Information"). This obligation to disclose information extends to any and all Disclosable Information that has been identified through the Company's compliance policies and procedures or other processes.

The undersigned further acknowledge and agree that the reporting requirements contained in Paragraph 9 of the Agreement and the representations contained in this certification constitute a significant and important component of the Agreement and of the Office's determination whether the Company has satisfied its obligations under the Agreement.

D-1

The undersigned hereby certify that they are the Chief Executive Officer and the Chief Ethics and Compliance Officer of the Company, respectively, and that each has been duly authorized by the Company to sign this certification on behalf of the Company.

This certification shall constitute a material statement and representation by the undersigned by, on behalf of, and for the benefit of the Company to the executive branch of the United States for purposes of 18 U.S.C. § 1001, and such material statement and representation shall be deemed to have been made in the District of Massachusetts. This certification shall also constitute a record, document, or tangible object in connection with a matter within the jurisdiction of a department and agency of the United States for purposes of 18 U.S.C. § 1519, and such record, document, or tangible object shall be deemed to have been made in the District of Massachusetts.

Date: _____        Name (Printed): _____

 

Name (Signed): _____
Chief Executive Officer
Veloxis Pharmaceuticals, Inc.

Date: _____        Name (Printed): _____

 

Name (Signed): _____
Chief Ethics and Compliance Officer
Veloxis Pharmaceuticals, Inc.

D-2