**ATTACHMENT E**

**COMPLIANCE CERTIFICATION**

To:    Chief, Health Care Fraud Unit
United States Attorney's Office for the District of Massachusetts
John Joseph Moakley United States Federal Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

Re:    Veloxis Pharmaceuticals, Inc. Deferred Prosecution Agreement Compliance Certification

The undersigned certify, pursuant to Paragraph 17 of the deferred prosecution agreement (the "Agreement") filed on August 10, 2026 in the United States District Court for the District of Massachusetts, by and between the United States Attorney's Office for the District of Massachusetts (the "Office") and Veloxis Pharmaceuticals, Inc. (the "Company"), that the undersigned are aware of the Company's compliance obligations under Paragraph 17 of the Agreement, and that, based on the undersigned's review and understanding of the Company's compliance policies and procedures related to the Federal Anti-Kickback Statute, Title 42, United States Code, Section 1320a-7b (the "Anti-Kickback Statute"), the Company has implemented a compliance program that meets the requirements set forth in Attachment C to the Agreement. The undersigned certify that such compliance program is reasonably designed to detect and prevent violations of the Anti-Kickback Statute throughout the Company's operations.

The undersigned hereby certify that they are the Chief Executive Officer and the Chief Ethics and Compliance Officer of the Company, respectively, and that each has been duly authorized by the Company to sign this certification on behalf of the Company.

This certification shall constitute a material statement and representation by the undersigned by, on behalf of, and for the benefit of the Company to the executive branch of the United States for purposes of 18 U.S.C. § 1001, and such material statement and representation

E-1

shall be deemed to have been made in the District of Massachusetts. This certification shall also constitute a record, document, or tangible object in connection with a matter within the jurisdiction of a department and agency of the United States for purposes of 18 U.S.C. § 1519, and such record, document, or tangible object shall be deemed to have been made in the District of Massachusetts.


Date: _____        Name (Printed): _____


Name (Signed): _____
Chief Executive Officer
Veloxis Pharmaceuticals, Inc.


Date: _____        Name (Printed): _____


Name (Signed): _____
Chief Ethics and Compliance Officer
Veloxis Pharmaceuticals, Inc.


E-2